UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

    MONICA BAIN

                Plaintiff(s)

     -vs-                                06-Cv-6399

    WAL-MART INCORPORATED

                Defendant(s)

_____

       The above case is transferred from Hon. Michael A.
Telesca to Hon. David G. Larimer.

       SO ORDERED.


                               S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated:  Rochester, New York
       November 16, 2006